■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS FARRELL, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *People ex rel. Douglas v Vincent,* 50 NY2d 901; *People ex rel. Hopkins v Smith,* 89 AD2d 1060). (Appeal from judgment of Supreme Court, Wyoming County, Cook, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Green and Moule, JJ.